JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FABIAN MASSEY,

Plaintiff,

v.

COUNTY OF LOS ANGELES et al.,

Defendants.

Case No. 2:25-CV-04304-SB-KLSx

FINAL JUDGMENT

Pursuant to the jury's verdict rendered on August 13, 2026, judgment is entered in favor of Plaintiff Fabian Massey and against Defendant County of Los Angeles on Plaintiff's claim for failure to prevent discrimination, retaliation, and harassment in violation of California Government Code § 12940(k).

Judgment is entered in favor of Defendant County of Los Angeles and against Plaintiff Fabian Massey on Plaintiff's claims for (1) age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 and California Government Code § 12940(a); (2) race discrimination in violation of Title VII, 42 U.S.C. § 2000e, et seq. and California Government Code § 12940(a); (3) retaliation in violation of Title VII, 42 U.S.C. § 2000e, et seq. and California Government Code § 12940(h); (4) hostile environment harassment on the basis of race in violation of California Government Code § 12940(j); and (5) wrongful termination in violation of public policy under California Labor Code §§ 1102.5, 2856, and 98.6, and California Government Code § 8547. Judgment is entered in favor of Defendant James Robinson and against Plaintiff Fabian Massey on Plaintiff's claim for hostile environment harassment on the basis of race in violation of California Government Code § 12940(j).

Accordingly, Plaintiff Fabian Massey shall recover from Defendant County of Los Angeles compensatory damages in the amount of $23,296.

This is a final judgment.

Date: August 18, 2026

Stanley Blumenfeld, Jr.
United States District Judge